Bobby JENKINS, a/k/a Ali Muqtadir, Plaintiff–Appellant,

v.

Tracy SMITH; J. Reuben Long Detention Center, Defendants–Appellees,

and

James Galmour, Defendant.

No. 00–7464.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Bobby Jenkins, pro se. Alexia Pittas–Giroux, Stuckey Law Offices, P.A., Charleston, SC, for appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Bobby Jenkins, a South Carolina inmate, appeals the district court's order denying his complaint filed under 42 U.S.C.A. § 1983 (West Supp.2000). Jenkins' case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Jenkins that the failure to file timely objections to this recommendation could waive appellate review of a district court based upon the recommendation. Despite this warning, Jenkins failed to timely object to the magistrate judge's recommendation.

■ The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. *See Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir.1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Jenkins waived appellate review by failing to timely file objections after receiving proper notice. We accordingly dismiss the appeal as frivolous. We deny the motion for preparation of transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*